FILED
2021 AUG 19 PM 1:39
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **DWIGHT BROWN,**<br><br>                          **Plaintiff,**<br><br>v.<br><br>**CVS PHARMACY, SANDY POLICE DEPARTMENT, ADC COUNTY JAIL and SHERIFF DEPARTMENT,**<br><br>                          **Defendants.** | **REPORT & RECOMMENDATION**<br><br>**Case No: 2:21-cv-00375**<br><br>**District Judge Jill N. Parrish**<br><br>**Magistrate Judge Dustin B. Pead** |

      This matter is before the court pursuant to a 28 U.S.C. §636(b)(1)(B) referral from District Court Judge Jill N. Parrish. (ECF No. 9.) On June 21, 2021, Plaintiff Dwight Brown ("Plaintiff") was granted leave to proceed *in forma pauperis* without the prepayment of fees pursuant to 28 U.S.C. § 1915 (the "IFP statute") (ECF No. 5.)

      Whenever the court authorizes a party to proceed under the IFP statute, the court is required to "dismiss the case at any time if . . . the action or appeal . . . is frivolous or malicious . . . [or] fails to state a claim on which relief may be granted." 28 U.S.C. §1915(e)(2)(B)(i)(ii). Consistent therewith, on July 26, 2021, the court conducted a § 1915 review and concluded that Plaintiff's complaint failed to comply with federal pleading requirements or sufficiently state a claim for relief. (ECF No. 10); *Id.* As a result, the court granted Plaintiff an additional fourteen (14) days, or until August 9, 2021, to file an amended pleading.

      As of this date, Plaintiff has not filed an amended complaint and the time within which to do so has expired.

Accordingly, for the reasons set forth in the Court's July 26, 2021, Ruling and Order, the Court hereby RECOMMENDS to the District Court that Plaintiff's action be dismissed without prejudice.

Copies of this Report and Recommendation are being sent to Plaintiff who is hereby notified of his right to object. Within fourteen (14) days of being served with a copy, any party may serve and file written objections. *See* 28 U.S.C. §636(b)(1); Fed. R. Civ. P. 72(b). Failure to object may constitute a waiver of objections upon subsequent review.

DATED this 19 August 2021.

_____
Dustin B. Pead
United States Magistrate Judge